# Third District Court of Appeal

## State of Florida

Opinion filed August 18, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1293
Lower Tribunal No. 14-20171
_____

**Gila Tsiony-Barron,**
Appellant,

vs.

**Douglas Barron,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria Elena Verde, Judge.

Sandy T. Fox, P.A., and Sandy T. Fox and Alisha B. Savani, for appellant.

Davis Smith & Jean, LLC, and Laura Davis Smith and Sonja A. Jean, for appellee.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.